McHENRY et al. v. ALFORD et al. (Circuit Court of Appeals, Eighth Circuit. January 30, 1899.) No. 748. Appeal from the Circuit Court of the United States for the District of North Dakota. James B. Kerr, for appellants. Edgar

W. Camp, for appellees. No opinion. Reversed, with costs, and cause remanded, with directions to enter a decree in accordance with the prayer of the bill of complaint.